IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE VETTER,    )  | No. C 12-3914 LHK (PR) |
| Plaintiff,    )  | JUDGMENT |
| v.    )  | |
| CALIFORNIA PRISON HEALTH CARE RECEIVERSHIPS CORPORATION,    )  | |
| Defendant.    )  | |

The Court has dismissed the instant action. A judgment of dismissal with prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 9/12/12

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

G:\PRO-SE\SJ.LHK\CR.12\Vetter914jud.wpd